UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LATONYA DENISE KEMP | CIVIL ACTION NO. 17-0703 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| SHREVEPORT POLICE DEPT., ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 6], and having thoroughly reviewed the record, including the written responses filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all Plaintiff's claims that accrued prior to May 30, 2016 are dismissed as untimely and all of her claims that police officers inadequately investigated her complaints are dismissed for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25 day of August, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE