UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LATONYA DENISE KEMP                         CIVIL ACTION NO. 17-0703

VERSUS                                       JUDGE ELIZABETH FOOTE

SHREVEPORT POLICE DEPT., ET AL               MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 26], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all remaining claims in Plaintiff's complaint are **dismissed without prejudice** for failure to comply with a court order.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25st day of August, 2017.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE